**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. ___26-mj-8540-BER_____

UNITED STATES OF AMERICA

v.

 DANIEL RAMIREZ-VALLE

_____**Defendant.**_____ /

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

5.  Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:     (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

AMENDED

United States of America )
v. )
)          Case No.   26-mj-8540-BER
DANIEL RAMIREZ-VALLE )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____July 13, 2026_____ in the county of _____Palm Beach_____ in the
___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1326(a) | Illegal Reentry after Deportation or Removal |

FILED BY_____TM_____D.C.

**Jul 15, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho-Uribe, DO, ICE
*Printed name and title*

Sworn to and attested to me by applicant by
telephone (Facetime) per the requirements of
Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by
Bruce E. Reinhart
Date: 2026.07.15
11:31:19 -04'00'

_____
*Judge's signature*

City and state:        West Palm Beach, FL                    Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Luis Camacho, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Daniel RAMIREZ-VALLE committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about July 13, 2026, Daniel RAMIREZ-VALLE was arrested in Palm Beach County, Florida for the offense of driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

4.      A review of the immigration records shows that Daniel RAMIREZ-VALLE is a native and citizen of Mexico. Records further show that on or about May 19, 2015, Daniel RAMIREZ-VALLE was ordered removed. The Order of Removal was executed on or about May 20, 2015, whereby Daniel RAMIREZ-VALLE was removed from the United States and returned to Mexico.

5.      Thereafter, Daniel RAMIREZ-VALLE re-entered into the United States illegally and was removed and returned to Mexico on May 31, 2015.

6.     Daniel RAMIREZ-VALLE's fingerprints taken in connection with his July 13, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Daniel RAMIREZ-VALLE.

7.     A record check was performed in the Computer Linked Application Informational Management System to determine if Daniel RAMIREZ-VALLE filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Daniel RAMIREZ-VALLE obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.     Based on the foregoing, I submit that probable cause exists to believe that, on or about July 13, 2026, Daniel RAMIREZ-VALLE, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____

Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of July 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.07.15
11:31:34 -04'00'

_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 26-mj-8540-BER

### BOND RECOMMENDATION

DEFENDANT: DANIEL RAMIREZ-VALLE

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Suzanne Huyler_

AUSA:   SUZANNE HUYLER

Last Known Address: _____

_____

_____

What Facility:   PBC Jail

Jacket No. 0569428

Agent(s):   Luis Camacho, DO ICE

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)